IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>$2,606,046.54 SEIZED FROM MIDFLORIDA CREDIT UNION BUSINESS CHECKING ACCOUNT ENDING IN 7000, HELD IN THE NAME OF SUBSIDIARY TRADING JR LLC,<br><br>　　　　　Defendant *in Rem*. | CIVIL NO.<br><br>VERIFICATION OF ALEX MAH |

## VERIFICATION OF ALEX MAH

I, ALEX MAH, declare that:

I am a Special Agent with Federal Bureau of Investigation ("FBI"), in the District of Hawaii, and I have read the attached Complaint for Forfeiture and know the contents thereof; the information contained in the Complaint for Forfeiture has been furnished by official government sources; and, based on information and belief, the allegations contained in the Complaint for Forfeiture are true.

//

//

I declare under penalty of perjury the foregoing is true and correct.

Executed on \_\_\_\_\_June 20\_\_\_\_\_, 2024, in Honolulu, Hawaii.

_____
ALEX MAH
Special Agent, FBI

---

*United States of America vs. $2,606,046.54 in U.S. Currency;* Civil No.
VERIFICATION OF ALEX MAH

---