# RETURN ON WARRANT FOR ARREST *IN REM*

United States of America v. $2,606,046.54  in United States Currency;
Civil No. 24-00261 LEK-WRP

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DATE WARRANT RECEIVED:     6/20/2024

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DATE AND TIME WARRANT EXECUTED:     6/21/2024 8:00am

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

PROPERTY ARRESTED PURSUANT TO THE WARRANT [Any additional
pages attached to this Return are incorporated herein by reference]:

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## CERTIFICATION

I hereby certify that on the date and time set out above, I executed this

Warrant for Arrest *In Rem* by serving it upon
$2,606,046.54 U.S. Currency
_____

_____

_____

CHANNING
IWAMURO

Digitally signed by
CHANN NG IWAMURO
Date: 2024.07.12
09 22:51 -10'00'

_____
NAME:  Channing T. Iwamuro
TITLE:  Administrative Officer

4

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Sydney.Spector@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>$2,606,046.54 SEIZED FROM MIDFLORIDA CREDIT UNION BUSINESS CHECKING ACCOUNT ENDING IN 7000, HELD IN THE NAME OF SUBSIDIARY TRADING JR LLC,<br><br>                    Defendant *in Rem*. | Civil No. 24-00261 LEK-WRP<br><br>WARRANT FOR ARREST *IN REM* |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
June 20, 2024, 4:04 p.m.
Lucy H.Carrillo, Clerk of Court

<u>WARRANT FOR ARREST *IN REM*</u>

TO:   UNITED STATES MARSHALS SERVICE and/or ANY OTHER
       DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on June 20, 2024, the United States of America filed a verified Complaint for Forfeiture in the United States District Court for the District of Hawaii against the above-captioned Defendant Property, alleging that the Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons set out in the Complaint for Forfeiture; and

WHEREAS, the Defendant Property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), directs the Clerk of the Court to issue a warrant for arrest *in rem* for the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant for arrest *in rem* must be delivered to a person or organization authorized to execute it, who may be a Deputy Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest and take into your possession the above-captioned Defendant Property as soon as practicable by serving a copy of this Warrant on the custodian in whose possession, custody, or control the Defendant Property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the Return on Warrant for Arrest *In Rem*, identifying the individual(s) upon whom copies of the Warrant of Arrest *In Rem* was served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of Hawaii, have caused the foregoing Warrant for Arrest *In Rem* to be issued pursuant to the authority of Supplemental Rule G(3)(b)(i) and the applicable laws of the United States.

Dated: _____June 20, 2024_____, at Honolulu, Hawaii.

LUCY H. CARRILLO
CLERK, United States District
Court for the District of Hawaii

By _____/s/ EA, Deputy Clerk_____
Deputy Clerk, United States
District Court for the
District of Hawaii

3

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil No. 24-00261 LEK-WRP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| in Rem: $2,606,046.54 Seized...MidFlorida Credit Union...Subsidiary Trading JR LLC | Convert/Deposit asset to SADF |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Sydney Spector, AF Coordinator<br>U.S. Attorney's Office for the District of Hawaii<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please deposit the asset below into the SADF until full foreiture, at which time it can be transferred to the AFF. This USM-285 accompanies the Return on Warrant for Arrest in Rem for 24-FBI-003296: $2,606,046.54.

Signature of Attorney other Originator requesting service on behalf of:

[X] PLAINTIFF
[ ] DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 808-541-2850 | 7/11/24 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 22 | No. 22 | CHANNING IWAMURO — Digitally signed by CHANNING IWAMURO Date: 2024.07.12 09:19:35 -10'00' | 7/11/24 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 7/12/24 | 9:16am | [ ] am [ ] pm |

| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | CHANNING IWAMURO — Digitally signed by CHANNING IWAMURO Date: 2024.07.12 09:19 54 -10'00' |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Seized $2,606,046.54 U.S. Currency (AIN: 24-FBI-003296) as CV24-00261 on 6/21/2024.

Form USM-285
Rev. 03/21