CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

GABRIEL D. HUNTINGTON #10917
Special Assistant U.S. Attorney
SYDNEY SPECTOR #11232
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Emails:  Sydney.Spector@usdoj.gov
         Gabriel.Huntington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 24-00261 LEK-WRP |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT AND |
| ) | DECREE OF FORFEITURE |
| vs. ) | |
| ) | |
| $2,606,046.54 SEIZED FROM ) | |
| MIDFLORIDA CREDIT UNION ) | |
| BUSINESS CHECKING ACCOUNT ) | |
| ENDING IN 7000, HELD IN THE ) | |
| NAME OF SUBSIDIARY TRADING ) | |
| JR LLC, ) | |
| ) | |
| Defendant *in Rem*. ) | |
| ) | |

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

This cause came before the Court on Plaintiff United States of America's Motion for Entry of Default Judgment and Decree of Forfeiture, and it appearing that no entitled person has filed any claim or answer, and it further appearing that the Complaint for Forfeiture was properly served, that publication was duly made in this matter, and that due notice was given, the Court finds:

1. That process was duly issued in this case and that the above-captioned defendant property was duly seized by the United States Marshals Service pursuant to said process;

2. That no entitled person or entity has filed any claim or answer within the time fixed by law;

3. That on August 28, 2024, default was duly entered against any and all persons and entities claiming or having any interest in the defendant property;

4. That the allegations contained in the Complaint for Forfeiture are taken as admitted;

Based upon the above findings, and the Court being otherwise fully advised in the matter, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Default judgment is hereby entered against the defendant property;

2.      All persons claiming any right, title, or interest in or to the defendant property are held in default, including Subsidiary Trading JR LLC and/or Jonathan Ryall Patton;

3.      The defendant property is hereby forfeited to the United States of America; and

4.      The United States Marshals Service is hereby directed to dispose of the above-captioned defendant property in accordance with law.

DATED:  September 16, 2024, Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

USA v. $2,606,046.54 SEIZED FROM MIDFLORIA, ETC.; Civil No. 24-00261 LEK-WRP; "Default Judgment and Decree of Forfeiture"

3